IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>STEVEN R. BANKS,<br>[DOB:  03/15/1986]<br><br>                    Defendant. | Case No. _____<br><br>**COUNT ONE**:<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>[NMT:  Ten Years Imprisonment,<br>$250,000 Fine, Three Years Supervised<br>Release, Plus $100 Special Assessment]<br>Class C Felony |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 16, 2016, in the Western District of Missouri, STEVEN R. BANKS, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Ruger Model 24/7, .40 caliber pistol, Serial Number SHY84722, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

    3/10/16                                              _____
DATE                                                     FOREPERSON OF THE GRAND JURY


    /s/ Justin G. Davids
Justin G. Davids, #57661
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri